Eastern District of Kentucky
**FILED**
DEC 18 2019
AT COVINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION (COVINGTON)
*Electronically Filed*

| | | |
|---|---|---|
| JULIE HUBER | : | CASE NO. 2:18-cv-00133-WOB-CJS |
| | : | |
| Plaintiff | : | Judge William O. Bertelsman |
| | : | |
| v. | : | |
| | : | |
| VINNAT HOTELS, LLC dba | : | |
| COMFORT SUITES CINCINNATI AIRPORT | : | |
| and RAJEEV "RICK" CHOPRA | : | |
| | : | |
| Defendants | : | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

The parties to this action having advised the Court that they have resolved all claims with respect to the within action, and the Court in all respects being sufficiently advised;

**IT IS HEREBY ORDERED** that the Complaint and Amended Complaint filed in the within action is hereby **DISMISSED WITH PREJUDICE**, each party to pay its own costs.

SO ORDERED this 18th day of Dec, 2019.

_____
JUDGE, UNITED STATES DISTRICT COURT

**HAVE SEEN AND AGREED:**

*/s/ Barbara D. Bonar*
Barbara D. Bonar (KBA #42213)
BONAR, BUCHER & RANKIN, PSC
3611 Decoursey Avenue
Covington, Kentucky 41015
Tel: 859-431-3333
Fax: 859-392-3900
bdbonar@lawatbdb.com
*Counsel for Defendant Vinnat Hotels, LLC*

*/s/ Robb S. Stokar, via email authorization*
Paul J. Minnillo (EDKY No. 95420)
Robb S. Stokar (Admitted PHV)
MINNILLO & JENKINS CO., LPA
2712 Observatory Avenue
Cincinnati, Ohio 45208
pminnillo@minnillojenkins.com
rstokar@minnillojenkins.com
*Counsel for Plaintiff*

*/s/ Rajeev Chopra via telephone authorization*
Rajeev Chopra, Pro Se
10644 Versailles Blvd.
Wellington, Florida 33449
*Rick.delmondmanagement@gmail.com*